**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 97-7338**

-----

NEAL WRIGHT,

                             Petitioner - Appellant,

     versus

EDWARD C. MURRAY, Director of Virginia Depart-
ment of Corrections,

                             Respondent - Appellee.

-----

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-97-42-3)

-----

Submitted: December 11, 1997    Decided: December 31, 1997

-----

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

-----

Dismissed by unpublished per curiam opinion.

-----

Neal Wright, Appellant Pro Se. Thomas Drummond Bagwell, Assistant
Attorney General, Richmond, Virginia, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Wright v. Murray</u>, No. CA-97-42-3 (E.D. Va. Aug. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>